![Dentons]

**Karla Del Pozo Garcia**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 15, 2021



**VIA ECF**

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Pascual v. Pereg Natural Foods Inc*: Case 1:21-cv-05117-KPF

Dear Judge Failla:

We represent defendant Pereg Natural Foods Inc ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Domingo Pascual, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 15, 2021 to December 30, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

**Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ► **Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Application GRANTED.  The initial pretrial conference scheduled for December 7, 2021, is hereby ADJOURNED *sine die*. This matter is hereby STAYED until December 30, 2021.

The Clerk of Court is directed to terminate the pending motion at docket number 16.

Dated:     November 15, 2021             SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE